**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/15/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 09-00035 |
| VERSUS | JUDGE ROBERT G. JAMES |
| HENRY L. MYLES | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [Doc. No. 50] be **DENIED**.

MONROE, LOUISIANA, this 15 day of November, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE